# Third District Court of Appeal

## State of Florida

Opinion filed March 18, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1528
Lower Tribunal No. F23-5301A
_____

**Antoine Leffort Louissaint,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Antoine Leffort Louissaint, in proper person.

James Uthmeier, Attorney General, and Camilo Montoya, Assistant Attorney General, for appellee.

Before SCALES, C.J., and LINDSEY and GOODEN, JJ.

PER CURIAM.

Affirmed. <u>See</u> § 951.16, Fla. Stat. ("Every person who may be imprisoned in the county jail for failure to pay a fine and costs, or either, under sentence imposed upon conviction for crime shall be entitled to receive, together with subsistence, a credit on such fine and costs, or either, as the case may be, in proportion to the time such person may be imprisoned."); <u>Hernandez v. State</u>, 419 So. 3d 677, 677 (Fla. 3d DCA 2025) ("Because the initial brief establishes the lack of entitlement to relief under the relevant statute, we affirm.").